## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWIN MORETA JIMENEZ,          :
        Petitioner,        :
                           :
        v.             :      Civil No. 2:26-cv-04170-JLS
                           :
SECRETARY MARKWAYNE MULLIN, *et al*.,   :
        Respondents.      :

### ORDER

**AND NOW,** this 23rd day of June 2026, **IT IS HEREBY ORDERED** that the telephonic conference scheduled for Friday, June 26, 2026, at 1:30 p.m. is **RESCHEDULED** to June 26, 2026, at 10:00 a.m.   The parties shall call into the conference at 855-244-8681 and use access code 2313 452 9434.

**BY THE COURT:**

*/s/ Jeffery L. Schmehl*
**JEFFREY L. SCHMEHL, J.**