## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWIN MORETA JIMENEZ,    :
                Petitioner,    :

                :

        v.    :    Civil No. 2:26-cv-04170-JLS

                :

SECRETARY MARKWAYNE MULLIN, *et al.*,    :
                Respondents.    :

### ORDER

**AND NOW,** this 29th day of June, 2026, after holding a telephonic status conference with counsel, it is hereby **ORDERED** that the injunction previously entered, ECF No. 2, is **MODIFIED** to permit the relevant authorities to take all reasonable and necessary steps to transport Petitioner from the Philadelphia Federal Detention Center to attend his bond hearing and, following the hearing, to return Petitioner promptly to the Philadelphia Federal Detention Center, unless Petitioner is released by order of the immigration court.

                **BY THE COURT:**


                */s/ Jeffery L. Schmehl*
                **JEFFREY L. SCHMEHL, J.**