## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWIN MORETA JIMENEZ, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil No. 2:26-cv-04170-JLS |
| | : | |
| SECRETARY MARKWAYNE MULLIN, *et al.*, | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 7th day of July, 2026, upon consideration of Petitioner's motion to withdraw, ECF No. 9, it is hereby **ORDERED** that the motion is **GRANTED** and the Petition for a Writ of Habeas Corpus, ECF No. 1, is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

**BY THE COURT:**

*/s/ Jeffery L. Schmehl*
**JEFFREY L. SCHMEHL, J.**